In the Matter of the Custody of ROY H. RASMUSSEN and Another, Infants. ROY A. RASMUSSEN, Appellant; ANNE I. ESCUE, Respondent. In the Matter of the Custody of ROY H. RASMUSSEN and Another, Infants. ROY A. RASMUSSEN, Appellant; ANNE I. ESCUE, Respondent. (Consolidated Proceedings.) — No opinion. Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

MAURICE KATZ et al., Copartners Trading under the Name of TRU-SITE LENS CO., Respondents, v. CHARLES H. FISCHBERG & CO., LTD., Appellant.— No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ.

MURRAY LANDY, Respondent, v. ISABELLE J. LANDY, Appellant.— No opinion. Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.